CURRY, Appellant, v. ADDOMS, Respondent. (Supreme Court, Appellate Division, Second Department. April 9, 1915.) Action by Rosie Curry against Mortimer C. Addoms. No opinion. Motion for reargument (in 151 N. Y. Supp. 1017) denied, with $10 costs.

In re CURTIS. (Supreme Court, Appellate Division, First Department. April 1, 1915.) In the matter of Claude F. Curtis. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

CUTLER, Respondent, v. AMERICAN BLOWER CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 5, 1915.) Action by Louis Cutler, an infant, by Herbert E. Cutler, his guardian ad litem, against the American Blower Company. No opinion. Judgment and order unanimously affirmed, with costs.

DAMERS et al., Appellants, v. BARKER, Respondent. (Supreme Court, Appellate Division, First Department. January 22, 1915.) Action by John Damers and another against George G. Barker. G. L. Robinson, of New York City, for appellants. H. Campbell, Jr., of New York City, for respondent. No opinion. Order affirmed, with costs and disbursements. Order filed.

In re DANZILO. (Supreme Court, Appellate Division, Second Department. March 26, 1915.) In the matter of James C. Danzilo, an attorney. No opinion. Motion denied, and proceedings dismissed.

DAVERSA v. WM. H. DAVIDOW SONS CO., Inc. (Supreme Court, Appellate Division, First Department, April 30, 1915.) Action by Domenico Daversa against the Wm. H. Davidow Sons Company, Incorporated. No opinion. Application denied, with $10 costs. Order signed. See, also, 151 N. Y. Supp. 872.

DAVIS, Respondent, v. DELAWARE, L. & W. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 17, 1915.) Action by Nellie Davis, as administratrix, etc., against the Delaware, Lackawanna & Western Railroad Company. No opinion. Motion for leave to appeal (151 N. Y. Supp. 1112) to Court of Appeals denied, with $10 costs.

DAVIS et al., Respondents, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 26, 1915.) Action by Earl J. Davis and another against the International Railway Company. No opinion. Motion for stay pending appeal granted, upon condition that appellant file and serve printed papers by April 12th, and briefs by April 18th, pay respondents' attorney $10, and be ready to argue appeal at opening of next term of court. See, also, 152 N. Y. Supp. 88.

DAVIS, Appellant, v. SEAWARD et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 5, 1915.) Action by Buell G. Davis, individually and as executor, etc., against George W. Seaward and others.

PER CURIAM. The order was made by this court on the apparent consent of all the parties interested. We can find in the motion papers no justification for any comment on the good faith of the attorneys who appeared before this court on the original motion. Because, however, of the circumstances now existing, the motion to vacate the original order is granted, without prejudice to any further motion that may be deemed advisable by either party. See, also, 85 Misc. Rep. 210, 146 N. Y. Supp. 981.

BURR, J., took no part.

DEAN, Respondent, v. NEW YORK STATE RYS., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 26, 1915.) Action by John Dean, as administrator, etc., against the New York State Railways.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event. Held, that the verdict is against the weight of the evidence on the question of the contributory negligence of plaintiff's intestate, and that the court erred in excluding the evidence offered concerning the relation between the deceased and his child.

KRUSE, P. J., dissents.

DE CICCO v. SCHWEIZER et al. (Supreme Court, Appellate Division, First Department. January 22, 1915.) Action by Attilio De Cicco against Joseph Schweizer, impleaded. M. Schneiderman, of New York City, for plaintiff. F. G. Wild, of New York City, for defendant Schweizer. No opinion. Judgment modified, so as to provide for a recovery by plaintiff of the sum of $2,500, with interest from January 20, 1912, and, as so modified, affirmed, with costs to plaintiff. Orders appealed from affirmed, without costs. Settle order on notice.

DE HUNT, Appellant, v. SWIRSON, Respondent. (Supreme Court, Appellate Division. Second Department. March 26, 1915.) Action by Beatrice H. De Hunt against Meyer Swirson.

PER CURIAM. Order reversed, with $10 costs and disbursements to the appellant, on the ground that the terms imposed are inadequate, and motion to open default granted, on condition that within 10 days after entry of the order on this decision defendant pay $25 costs and $6.05 disbursements.